


FILED
SUPERIOR COURT

2012 MAR 30 PM 3: 29

OF COURT
BY _____

## IN THE SUPERIOR COURT
## OF GUAM

GUAM RESOURCE RECOVER PARTNERS,

        Plaintiff,

vs.

GOVERNMENT OF GUAM,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case no. CV896-06

**ORDER**

This case is based on a contract that was the subject of an appeal before the Supreme Court of Guam in *Pangelinan v. Camacho*, CVA10-001. On April 27, 2010, the parties agreed to wait for the resolution of the *Pangelinan* appeal before proceeding in this case. Thus, the instant case was stayed pending issuance of mandate in *Pangelinan v. Camacho*, CVA10-001.

A mandate was issued by the Supreme Court in *Pangelinan*, thus the stay in the instant case no longer applies. The court notes that prior to the granting of the stay, a motion to dismiss was fully briefed by both parties. The court hereby takes the matter under advisement and will issue its decision within 90 days pursuant to Administrative Rule 06-001.

SO ORDERED, this 30th day of March 2012.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full, true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.
Dated at Hagåtña, Guam

MAR 30 2012

Therese M. Bias
Deputy Clerk, Superior Court of Guam